FILED

2007 NOV -8 AM 11:27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 144298    — SR**

**November 08, 2007
09:16:32**

**Habeas Corpus**
USAO #.: 07CV2069 HABEAS
Judge..: JOHN A HOUSTON
Amount.:                  $5.00 MO
Check#.: R100554868865

Total-> $5.00

FROM: ROBLES V. ADAMS
      HABEAS CORPUS