# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

November 15, 2007

United States District Court
Central District of California, Eastern Division
3471 Twelfth Street
Riverside, CA 92501

Re: Robles v. Adams, Case No. 07CV2069-JAH(PCL)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: J. Petersen
J. Petersen, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
NOV 27 2007
THIS DATE OF _____
AND ASSIGNED CASE NUMBER  CV 07 - 1548 SVW (FFM)

CLERK, U.S. DISTRICT COURT

By: _____, Deputy

[FILED stamps: 2007 NOV 27 PM 1:44 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE; FILED DEC 3 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY]